AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG २ ६ २०१३

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.
)
804 Desoto Road )
Baltimore, MD 21223 )
)

13-1766 TJS

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Maryland_____
*(identify the person or describe the property to be searched and give its location):*

804 Desoto Road, Baltimore, MD 21223 more fully described in ATTACHMENT B.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment C.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 7, 2013_____
                                                                                                                  *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
U.S. Magistrate Judge Timothy J. Sullivan  or duly USMJ.
                                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30).*
                                                                                            ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: July 24, 2013  5:28 pm        _____
                                                                                           *Judge's signature*

City and state: Baltimore, Maryland                    U.S. Magistrate Judge Timothy J. Sullivan
                                                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: GC-10-2706 | Date and time warrant executed: 7/24/2013 @ 6:30 p.m. | Copy of warrant and inventory left with: AT LOCATION ON TABLE |

Inventory made in the presence of:
TFO GLENN J. HESTER / TFO DAVID METZLER

Inventory of the property taken and name of any person(s) seized:

(1) GRUEN QUARTZ WATCH SERIAL # 236-VILI
(1) RELIC WATCH ZRJ1100611104
(1) GENEVA LADIES WATCH
(1) SEIKO LADIES WATCH 560274
(1) SEIKO LADIES WATCH 7N1893
(1) BRACELET W/ gem stones
(2) RINGS
(2) SILVER NECKLACES
(2) earrings
(1) Jennings J-22 SEMI-AUTO PISTOL W/ MAGAZINE, serial # 645066
(2) Boxes of .25 caliber ammunition
(2) orange gloves

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/19/2013

_Executing officer's signature_

GLENN J. HESTER
_Printed name and title_